UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JOHN LEROY CLEMONS,<br><br>           Plaintiff,<br><br>     v.<br><br>DON ANDERSON, et al.,<br><br>           Defendants. | Case No.  15-cv-02966-NJV<br><br>**ORDER TAKING MOTIONS UNDER SUBMISSION**<br><br>Re: Dkt. Nos. 24, 25 |

Defendants have filed motions to dismiss which are set for hearing before the court on January 12, 2016.  (Docs. 24 & 25)  The matters are fully briefed.  Pursuant to Civil Local Rule 7-1(b), the court finds that these matters are appropriate for decision without oral argument and therefore takes the matters under submission.  The matters will be decided on the papers.

     **IT IS SO ORDERED**.

Dated: December 17, 2015

_____
NANDOR J. VADAS
United States Magistrate Judge

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7   JOHN LEROY CLEMONS,                    Case No.  15-cv-02966-NJV
              Plaintiff,
8
                                          **CERTIFICATE OF SERVICE**
9        v.

10  DON ANDERSON, et al.,
              Defendants.
11

12          I, the undersigned, hereby certify that I am an employee of the U.S. District Court,

13  Northern District of California.

14

15          That on December 17, 2015, I SERVED a true and correct copy(ies) of the attached, by

16  placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

17  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

18  receptacle located in the Clerk's office.

19

20  John Leroy Clemons ID: #41687
    4913 Helbush Dr.
21  Lakeport, CA 95453

22
    Dated: December 17, 2015
23

24                                        Susan Y. Soong
                                          Clerk, United States District Court
25

26

27  By:_____
    Robert Illman, Law Clerk to the
28  Honorable NANDOR J. VADAS
                                          2